**632**

## COMMONWEALTH, DEPT. OF HIGHWAYS, Appellant,

v.

## Robert Lee CLARK, etc. et al., Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Washington Circuit Court; George O. Bertram, Judge.

Carl T. Miller, Jr., Gen. Counsel, James D. Robinson, Act. Gen. Counsel, Dept. of Highways, Frankfort, Theodore H. Lavit, Lebanon, William E. Deaton, Dept. of Highways, Frankfort, for appellant.

H. Edward O'Daniel, Jr., Springfield, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

## Gertie VINCENT, Appellant,

v.

## MID–CITY MALL, INC., et al., Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court; E. Skiles Jones, Judge.

Alex F. Talbott, Kyle T. Hubbard, Hubbard, Talbott, Mershon, Briscoe & Nutt, Louisville, for appellant.

Joseph C. O'Bryan, Carey & O'Bryan, C. Alex Rose, Louisville, for appellees.

Memorandum Opinion by Special Commissioner E. N. VENTERS, Affirming.*

## Charles E. GARNER and Royal Crown Bottling Company, Inc., Appellants,

v.

## Charles W. CONKWRIGHT, Appellee.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Ohio Circuit Court; Earl F. Martin, Sr., Judge.

Marvin P. Nunley, Bartlett, McCarroll & Nunley, Hartford, for appellants.

Carmol D. Cook, Hartford, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

## Robert E. MURPHY, Appellant,

v.

## Arthur W. TORSTRICK, Appellee.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court, Common Pleas Branch, First Division; Fred J. Karem, Judge.

William A. Miller, James M. Clements, Clements, Miller, O'Bryan & McDaniel, Louisville, for appellant.

Joseph C. O'Bryan, Donald M. Heavrin, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner ROBERT H. HELTON, Jr., Affirming.*

* Opinion ordered not to be published.